FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/3/2015 5:22:30 PM
KEITH E. HOTTLE
Clerk



# Fourth Court of Appeals

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00005-CV

Trial Court Style: In Re Estate of Jack Hiromi Ikenaga, Sr., Deceased

Trial Court No.: 2011-PC-4330-A

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: Multiple dates: 4/2/14 through 1/14/15

The record was originally due: Feb. 3, 2015

I anticipate the length of the record to be: Over 1100 pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

☒ Other. Explain [attach additional pages if needed]: On Feb. 2, 2015, and additional 12

hearing dates were requested to be included in the Reporter's Record.

I anticipate the record will be completed by: March 6, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: Feb. 3, 2015

Signature: _____

Printed Name: Cheryl D. Hester

Title: Official Court Reporter, Probate Court No. 1

Rev. 1.8.14